IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 292

| | |
|---|---|
| SARA E. WILLIS and BRIAN WILLIS, ) ) Plaintiffs, ) ) V. ) ) CLEVELAND COUNTY, *sub nom.* NORTH ) CAROLINA, CLEVELAND COUNTY ) PUBLIC HEALTH DEPARTMENT / ANIMAL ) CONTROL SERVICES DIVISION; **BRIAN** ) **EPLEY,** in his official capacity (only) as the ) Manager of Cleveland County; **DOROTHEA** ) **WYANT**, individually, and in her official ) capacity as "Health Director" of the Cleveland ) County Health Department; **SAM** ) **LOCKRIDGE,** individually, and in his official ) capacity as the former Cleveland County ) General Services Director and Supervisor of ) the Cleveland County Animal Control Division, ) ) **Defendants.** ) ) | ORDER |

This matter is before the Court on the Third Motion to Amend Pretrial Order (the "Motion," Doc. 34) filed by Defendants Cleveland County, Brian Epley and Dorothea Wyant ("Moving Defendants"), which requests that the January 17, 2020 deadline for filing dispositive motions be extended through and including January 28, 2020. See, Docs. 29 & 34. Defendant Sam Lockridge does not oppose this request. Doc. 34, p. 3. Moving Defendants aver that they have not received a response from Plaintiffs' counsel regarding this Motion.

For the reasons stated in the Motion, the request will be allowed.

**IT IS THEREFORE ORDERED THAT**:

1. The Third Motion to Amend Pretrial Order (Doc. 34) is **GRANTED**, and the deadline for the filing of dispositive motions is extended to and including **January 28, 2020.**

2. All remaining deadlines set by the Pretrial Order and Case Management Plan (Doc. 17) remain in effect.

Signed: January 3, 2020

W. Carleton Metcalf
United States Magistrate Judge