IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00292-MR-WCM

| | |
|---|---|
| SARA E. WILLIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLEVELAND COUNTY, NORTH )<br>CAROLINA, *sub nom.* CLEVELAND )<br>COUNTY PUBLIC HEALTH )<br>DEPARTMENT/ANIMAL CONTROL )<br>SERVICES DIVISION; BRIAN EPLEY, )<br>in his official capacity as the )<br>Manager of Cleveland County; )<br>DOROTHEA WYANT, individually )<br>and in her official capacity as )<br>"Health Director" of the Cleveland )<br>County Health Department; SAM )<br>LOCKRIDGE, individually and in )<br>his official capacity as the former )<br>Cleveland County General Services )<br>Director and Supervisor of the )<br>Cleveland County Animal Control )<br>Division, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*.

On February 18, 2020, the Plaintiff filed a response to the County Defendants' Motion for Summary Judgment. [Doc. 48].[1] On the same date, the Plaintiff filed a motion requesting additional pages to respond to the County Defendants' Motion for Summary Judgment. [Doc. 52].

On February 24, 2020, the Court entered an Order denying the Plaintiff's request and instructed her "to file a brief that does not exceed twenty-five (25) pages, is in 14-point font, and is double spaced" within three days. [Doc. 58 at 2]. On February 27, 2020, the Plaintiff filed a new brief that failed to comply with those instructions because the first eight pages of the brief were not double spaced. [See Doc. 61 at 2-10].

On March 2, 2020, the Court entered an Order to Show Cause and instructed the Plaintiff's attorney to show cause why the Plaintiff's February 27, 2020 brief should not be stricken for failure to comply with the Court's February 24, 2020 Order. [Doc. 62]. On March 5, 2020, the Plaintiff's attorney filed a response to the Order to Show Cause. [Doc. 67].

For the reasons stated by the Plaintiff's attorney in the response to the Order to Show Cause, **IT IS HEREBY ORDERED** that the Order to Show Cause [Doc. 62] is hereby **DISCHARGED**.

---

[1] The Plaintiff's original brief failed to comply with the page limits and line spacing requirements set forth in the Local Rules and the Pretrial Order and Case Management Plan entered in this case. [See Doc. 51 at 2-10].

**IT IS SO ORDERED.**

Signed: March 9, 2020

Martin Reidinger
United States District Judge